**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00915-GPG

**EARNEST SEADIN,** #0830-023,

    Applicant,

v.

**NO NAMED RESPONDENTS**,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Petitioner's Motion to Stop Transfer of Custody (ECF No. 18) is **DENIED**. This Court is without jurisdiction to order such relief.

Dated: June 18, 2015