IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00915-GPG

**EARNEST SEADIN,** #0830-023,

    Applicant,

v.

**NO NAMED RESPONDENTS**,

    Respondents.

## ORDER FOR ANSWER

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, **IT IS ORDERED**:

(1) Within **thirty (30) days from the date of this order** the Respondents each shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts addressing the merits of his claim concerning the execution of Applicant's federal and Colorado sentences.

(3) Within **thirty (30) days from the date the Respondents file an Answer,** Applicant may file a Reply if he desires.

DATED at Denver, Colorado, this 21st day of September, 2015.

                              BY THE COURT:

                              Gordon P. Gallagher
                              Gordon P. Gallagher,
                              United States Magistrate Court

2